Núm. 8303.—Gutiérrez, aplte. *v.* Pérez et al., apldos.—C. D. San Juan. Abril 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, la Corte de Distrito de San Juan declaró sin lugar la demanda de daños y perjuicios en el caso del epígrafe y el demandante, como único fundamento de este recurso, alega que dicha corte cometió manifiesto error en la apreciación de la prueba;

Por cuanto, la corte inferior hizo constar en la opinión que dictó en apoyo de su sentencia que la evidencia presentada ''es contradictoria y el caso debe resolverse por la preponderancia de la prueba'';

Por cuanto, la preponderancia de la prueba no la establece el mayor número de testigos, según argumenta el apelante en su alegato, pues tal preponderancia puede establecerla un testigo contra un número mayor que declare lo contrario, artículo 18 Ley de Evidencia; *Matías* v. *Schweister,* 55 D.P.R. 764; *Ballester* v. *Farm & Dairy Products, Inc.,* 58 D.P.R. 479;

Por cuanto, hemos estudiado detenidamente toda la prueba presentada por las partes, según aparece de la transcripción de evidencia, y opinamos que si la corte inferior hubiera declarado con lugar la demanda su decisión no hubiera sido alterada en apelación y que la misma conclusión debemos adoptar en cuanto a este recurso pues la sentencia está sostenida por la prueba de los demandados a la que dió crédito el juez sentenciador, que vió y oyó declarar a los testigos, sin que se haya alegado ni demostrado que actuara movido por pasión, prejuicio o parcialidad,

Por tanto, se desestima el recurso y se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan con fecha 14 de julio de 1939.